# EXHIBIT A

November 16, 2009


Judge Manuel L. Real
U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re:   Request for sentencing consideration
      Case No. CR-04-1454-MLR, USA v. Yaniv Nisim Haziza

Honorable Judge Real:

My name is Yaniv Nisim Haziza and I am 36 years old, born
January 23, 1973.  I am the first son to my parents and have
3 siblings, a younger brother and 2 younger sisters.

I was a very good student in elementary school and my grades
allowed me to attend a very good educational and trade school
where I excelled in engineering, specifically computer automated
CNC machining, where I was top of my class.  I organized the
school basketball team and I was chosen by the students to
represent the school in interconference events from all across
the country.

At the same time, I donated my time to coach students from
neighboring elementary schools in basketball.  I also tutored
other students who needed help to keep up with the intensive
curriculum of my school.

After I graduated, I served 3 years in the Isreali army, as
obligated in my country.  In the beginning of my service, I
wanted to be a part of the combat battalion but because of
physical impairments, I wasn't accepted.  Instead, I was sent
to help support the combat troops and I was taught to cook and
prepare meals for the army.  I prepared 4,500 meals a day for
the 1,500 personnel.  In a very short time, my commanders
promoted me to the second in command of the kitchen duties.
This position is usually only occupied by personnel that have
enlisted for service past their 3 year obligation.  My commanders
always gave me alot of respect for my service and the Deputy
General presented me with an award for my excellent service.

After I finished my original service, I was discharged with
honors.  After looking for work for several months, I was
contacted by my past commanders and offered a paid position
as the head of the kitchen, to come back to the army for
an additional 3 years.  During these years, my commanders always
commented on my being a very good soldier.

November 16, 2009
Judge Manuel L. Real
Page 2


Additionally during this time, I was living with my family helping
to care for my father who had been badly injured from fighting in
the Isreali war.  My parents relied upon me to assist them with
ordinary household duties that were made more difficult with the
additional care my father required.

After I finished my second three year term in the army, I started
to work for a catering company.  At the same time, I worked for
my uncle in the construction industry, where I worked as his
project supervisor.

Around 2006, I became very spiritual and studied the bible at
religous institutions.  I followed the orthodox teachings and
moved to an orthodox Jewish community.  Even during these times
I would still spend half of my time going back to help my family.

In 2007, I was arrested by the Isreali police for the crime that
brings me in front of you today.  Your honor, there is not one
day that I don't regret this stupid act where I showed my
irresponsibility.  This has been the absolute low point of my life
and I can promise to your honor, that I will never do anything
to bring me back to this place in my life.  I would like to put
this part of my life behind me and to begin a new life.

Your honor, I am 36 years old and I want you to give me the
chance to fix all the bad things that I have done.  I want to be
married to a great and supportive woman that is waiting for my
return.  I want to make things right with my parents who have
also suffered greatly by this situation.

After I have seen what drugs do to people, I have decided to
concentrate my life to help people stay away from the mistakes
and pains that using drugs causes.  I have been in jail for
almost 3 years.  I respectfully seek your compassion when
determining my sentence.

I want to apologize to your honor, to the prosecutors, to my
attorney and to the American citizens for all the pain and harm
I am responsible for.

Thank you for your time.

Respectfully submitted,

Yaniv Nisim Haziza
Reg. No. 56408-112
Metropolitan Detention Center
P O Box 1500
Los Angeles, CA 90053

cc:  Pedro Castillo, DFPD

# EXHIBIT B

Yaakov and Rivka Haziza
Bar Ilan 5/9
Ramleh, Israel
01197289230262

November 1, 2009

Dear Honorable Real:

We are writing on behalf and in recognition of our son, Yaniv Haziza. Yaniv grew up in a family with three other siblings. We are a very close and loving family. It is very difficult as parents to write such a letter because it mirrors what has occurred in our family.

We certainly do not condone what Yaniv has done, to say that it was disappointing would be an understatement. We realize the severity of what has been done but would like to provide you with some insight of who our son is as a person, not the person sitting in front you as the defendant.

His name is Yaniv and he is one of our beloved children. As parents, you strive to instill the best in your children and guide them and raise them to be, most importantly, good to others. Yaniv was always an exemplary student and an exceptionally good human being. He was a big source of pride for us and there are hundreds, if not thousands, of examples of what a spectacular person he has been. He was always concerned for the elderly, who had no place to live and no family to celebrate holidays with. On many occasions, Yaniv would bring them home to join us for the holidays so they would not suffer through a holiday alone.

Yaniv was always very compassionate. We recall one occasion where Yaniv stopped on one of the Jewish holidays at a flower store. He purchased a lot of flowers to simply give them to people, to bring a smile to people's faces.

He was a stellar student and upon his graduation from high school, the principal said to us, "he is my son". This was to exemplify his great gratitude for having Yaniv in his school.

Yaniv is the first one that his siblings turn to in times of need. Yaniv is the first to help anyone of us. He does not waste time understanding what happened, why one of us is not feeling well, he just arrives.

Myself, his father, I am a disabled war veteran and ask for you to show leniency on my son. I want to see my son get married and start a family of his own. I want to see my son progress in his life and continue the life he had before he made this grave mistake. I want to see him progress in his military service. I know he will change for the better from this whole thing. I know that my son is a good person and has made a terrible mistake.

Your Honor, our son's future rests in your decision. We hope that you can have a place in your heart to hear a father's plea for his son, that you show mercy upon my son. Your Honor, please give our son a much needed chance to change his life around. I want to dance at my son's wedding and hold his children. I beg you to sentence him to the lowest possible number of years. This is the first and only time our son has committed a crime. He has no criminal record. I know this he has made a mistake and I beg of you to take into heart the pleas from

parents who love their son and know he has erred and needs to pay the price.

Very truly yours,

Yaakov and Rivka Haziza

**mic**

---

| | |
|---|---|
| מאת: | "Ariya Gothelf" <ariyachoco@hotmail.com> |
| אל: | "itzeek haziza" <mic_10@bezeqint.net> |
| נשלח: | יום שני 02 נובמבר 2009 01:22 |
| נושא: | Yaniv Haziza |

To the honorable magistrate :

My name is Ariya Gothelf , I live at 17/1 Arava Street Gedera Israel .
I am an American citizen residing In Israel for the last 5 years , my last position in the court systems of the United States was Constables Officer for the courts of New Jersey and Pennsylvania , serving 8 years in the court system as one of the most seccessfull process servers in the country and am proud to say never have been questioned as to my honesty or integrity in doing so .
I have known Yaniv Haziza for more than 22 years , I was deeply hurt to find out about a close friend who may have followed others down the wrong path or as I believe may have been tricked or set up for a down fall .
Yaniv comes from an outstanding family in the community of Ramla Israel for more than the last 50 years my parents also new his family when we lived here many years before we came to America .
Yaniv was allways the first one to volunteer to help others and friends and family in dire need , He also help my family personally to find our first car and to make sure nobody ripped us off because we were just getting acclumated in the country after many years in the United States . He also helped us with finding a home in a good area to raise our 5 children , he was especially fond of my 11 year old son Victor at the time he was about 5 years old and Yaniv really became very attached to him .
To tell you the truth we here feel that someone may have steered him in the wrong direction and we also feel that he has paid his debt to society more than he or all of us here ever imagined . We also feel that if he is returned to Israel as soon as possible we will all help him to get back on the right track .
His family is made up of a very loving mother and father ( Israeli Army Veteran with permanent injuries sustained in war) . His brother and two sisters are also outstanding citizens in thier communities who want nothing more than thier brother to return home a better man and continue on a path of reconstructing his life for the better of himself and his family .

Sincerly ,

Ariya Gothelf

*Ariya Gothelf*

---

Windows Live: Keep your friends up to date with what you do online.

02/11/2009

Ortal Haziza
Hertzel 78
Ramat Gan, Israel

November 1, 2009

To the Honorable Real:

My name is Ortal Haziza and I am Yaniv Haziza's sister. I address this letter to you to ask you for a favor, person to person. It is hard for me to think of what my brother has done and its hard for me to come to terms with it. However, needless to say, I also do not think that since he did do this, he does not need to be punished. There is not a day that goes by that my brother does not feel bad for what he did.

As the sister of someone who is in prison and so very far away from me, I can say that this is very difficult. My parents are elderly and my father is a disabled veteran. Our lives have not been easy, to say the least. However, we were raised and instilled with very high morals and honesty. This is why I am positive when I tell you that what my brother has done is a one-time occurrence. While this occurrence is certainly serious and difficult, I do not think that he did this from some sort of bad character trait, rather this was the result of a momentary lapse of reason and bad judgment that I do not understand because it is so unlike him.

Yaniv has a very big and kind heart. He was always the kind of older brother that was always protective, guiding, and worried about me. This is the reason that my brother has decided to become religious. This is where he has found truth and the straight path in life and the place where he has learned to live with the regret of what he has done.

Your Honor, I beg of you in the name of my family and myself that you consider my brother and give him a more lenient sentence.

We need him as fast as possible in Israel in the closeness of his family. We want that, despite what he has done, and after he has served his sentence that he get a fair chance to live his life and to get an additional opportunity to return to the straight and narrow path of life as quickly as possible.

We pray for him every day and hope that you could understand our desire, as a family, to be lenient in sentencing my brother.

I thank you in advance from the bottom of my heart.

Very truly yours,

Ortal Haziza

**From:** Ortal Haziza <ortal_h@bezeqint.net>
**To:** tef3675@aol.com
**Cc:** ortal@urni.co.il
**Subject:** yaniv haziza
**Date:** Sun, Nov 1, 2009 11:46 am

1/11/09

אורטל

כבוד השופט שלום רב
חזיה הרצל 78 רמת גן ישראל

שמי אורטל חזיזה , ואני אחותו של יניב.
אני פונה אליך בבקשה מאוד לאדם ,
קשה לי המחשבה על המעשה של אחי , והיא לא ממש נתפסת.
אני גם אני  לא חושבת שאם אכן עשה את המעשה הוא צריך להיענש עליו.
אך אני  יודעת שאין יום שעובר והוא לא מתחרט על מעשיו .
בתוך אחות של מישהו שיושב בכלא ועוד כ"כ רחוק  אני יכולה לומר שזה מאוד קשה ,
יש לי הורים מבוגרים ואב נכה מלחמה שחיים קלים לא עברו,
ובכל זאת גידלו אותנו לערכים וישר.
ולכן אני בטוחה שהמעשה של אחי הוא מעידה חד פעמית, אמנם מעידה רצינית וקשה אבל אני לא חושבת
שהוא עשה זאת מתוך אופי רע אלא מתוך דחף רגעי ולא מובן.
ליניב יש לב טוב ורחב , הוא היה אח בכור שמגונן ושומר ודואג.
זאת הסיבה לדעתי שגם החליט לחזור בתשובה , שם הוא מצא את האמת ותיישר ואת המקום לחרטה על מעשיו.
אני מתחננת בשמי ובשם משפחתי שתתחשב בו ותיתן לו עונש מקל.
אנו זקוקים לו כמה שיותר מהר כאן בארץ בקרב המשפחה.
רוצים שלמרות מה שעשה ואחרי שירצה את עונשו יוכל לקבל צ'אנס נוסף לחיות את החיים ולקבל הזדמנות נוספת לחזור לדרך הישרה
במהרה.
אנחנו מתפללים עבורו כל יום.
ומקווה מאוד שגם אתה תוכל להבין ולו במקצת את הרצון שלי ושל משפחתו ולהקל על עונשו .
תודה מקרב לב.
אורטל.

Shiran Salman
Aharon Bougnim 5/21
Ramleh, Israel

November 1, 2009

To the Honorable Real:

I am Shiran, Yaniv's youngest sister. I wanted to tell you a
bit about my brother, Yaniv Haziza so that you may
understand the dynamic of our family.
Yaniv is my oldest brother, he is talented and always
excelled in his studies, he always loved caring for
everyone, especially my parents.
My father is a disabled war veteran and Yaniv always
cared for him and his health. My family does not condone
Yaniv's behavior, he became involved in something
terrible but we promise, as a family, to care for him and
help him rehabilitate himself.
Your Honor, please help us so that we may help Yaniv
have a chance in his life on the straight and narrow path.
We miss him terribly and are anxious for his quick return
home.

Very truly yours,

Shiran Salman

mic

| מאת: | "Ariya Gotheil" <ariyachoco@hotmail.com> |
| אל: | "itzeek haziza" <mic_10@bezeqint.net> |
| תאריך: | 02:00 2009 בנובמבר 02 יום שני |
| נושא: | Yaniv Haziza |

To the Honorable Courts of the United States :

My name is Itzeek Haziza and I am 34 years old , I am the brother of Yaniv Haziza . I live on Menachem Begin Blvd Gadera Israel .

I have served in the Israeli Defense Forces Paratroopers Elite Unit for 3 years . I work as a Manager of a warehouse for Adidas Sporting Goods for 6 years , I am currently a student for Fancial Advisor course in Ramat Gan Israel .
For as long as I can remember my brother Yaniv was allways thier to protect my sisters and myself from any harm and was a roll model for us to follow , he was an excellent student with the highest honors and was very close tho the principal of the school who really cared about how Yaniv reaching a higher level of excellence in many different subjects and also was on the high school basketball team as a captain and just a great leader , he also served in the Israeli Defense Forces as a Staff Sergent Major who ran a kithchen that feeds 3000 soldiers daily .

The Yaniv we know helped my elderly grandperents with all of thier daily needs , shopping taking the to the doctor or just being with them when they needed help. He was with my grandfather til his last days and after he was there for my grandmother to help her with daily routine , he also was at her bedside til her death .
He was allways the big brother that I knew I could depend on in any situation , never asking anything in return . I feel very strongly about this being  my chance to repay him for all the help he has given our family and me .
This is the Yaniv Haziza that we all know and love very dearly , a good person with a giagantic heart for his family and friends .

Sincerly ,

Itzeek Haziza
יצחק עזיזה

P.S Please send me the fax number to my email address above , my phone number in Israel is 972-547-705-812

I would like to personally thank you from the bottom of our hearts for all of your help

Windows Live: Keep your friends up to date with what you do online.

02/11/2009

Yaakov Hamani
Ha'Tizmoret Street 18/6
Rishon Le'Zion
Phone number: 011972522537415

December 6, 2009

To the Honorable Real:

Yaniv Haziza served his mandatory Israeli army service under my supervision for three years. When he completed his mandatory military service, he continued to as a reservist as the manager of the kitchen.

He completed his mandatory service in a very admirable way, he dedicated a lot by means of his position as a professional kitchen worker.

Despite his young age, during that time, he demonstrated an immense ability as an organizer, supervisor, and very capable of making people complete their roles at a very high level.

This is why it was obvious to me that he would continue in the military and I allowed him to manage the kitchen in a very central role. This position is one with a lot of responsibilities and that enabled Yaniv to be in charge of of many diners meals.

Yaniv completed his role in a very good way and in a way worthy of admiration. He dedicated his time and effort to give the best possible service in a way that was effective and at a very high level to both soldiers and those in charge.

In the course of his employment he was in direct contact with generals and captains alike and knew how to handle each obstacle cast at him. He completed his role in a very loyal, responsible and diligent manner.

Under Yaniv's supervision there was large number of soldiers that beyond just being their supervisor, he was also a friend and confidant to them. He made sure that all of their needs were satisfied and all concerns were addressed.

Yaniv is recommended on my behalf as an excellent reservist by the way that he has acted in his position, his loyalty, his attentiveness, and professionalism. This has enabled him to receive a letter of recommendation from his supervising general.

Very truly yours,


Yaakov Hamani

Freddy Taib
Hertzel 86
Ramleh, Israel
Phone: 01197250557422

December 2, 2009

To the Honorable Real:

I have known Yaniv Haziza for over twenty years. We grew up together. He is a very warm, good, social, person who loves helping others.

There are so many situations to describe the kind of person Yaniv is. I recall one of many instances when we were serving in the Israeli military and there was a new soldier who joined our unit. Yaniv took to him right away. He wanted and indeed did help him progress up on the ranks in the military. Yaniv made sure that this young gentleman would get a good position. He had helped him in the kitchen and made sure that he advanced. In Israel, military service is mandatory and a lot of our future is defined by our service in the military. That is the reason that Yaniv helping his man out so very much was so utterly important. This was something that changed this man's future. And Yaniv was essential to ensuring that this man had a brighter future.

I wanted to write you personally and request that he show leniency on Yaniv Haziza. He is truly a remarkable person and given the chance, I am confident that he can better himself. We are a very tight-knit community and we can all contribute to assist him in finding a job, and being surrounded by persons who genuinely want his well-being. Please let him return to Israel quickly and safely so that he may begin a new chapter in his life.

Thank you so very much for your consideration,

Freddy Taib

B"H

David Barmocha
Tel Aviv, Israel
Telephone number: 011972508555979

November 8, 2009

To the Honorable Real:

I served in the Israeli Defense Force for thirty years and I was released five years ago.  During the course of my enlistment I met Yaniv Haziza who was completing his mandatory enlistment.  To the best of my knowledge Yaniv conducted himself in a superb manner and to the satisfaction of his superiors.

As his mandatory enlistment ended, Yaniv signed on to continue with the Israeli Defense Force as an exemplary leader in his unit.

As far as I am concerned and my personal opinion, Yaniv stood out with his motivation and his responsibilities both during calm times and in times of emergency.

I ask you to please show leniency when you sentence Yaniv.  He has a lot to contribute to his community.  Please give him a chance to better himself.

Very truly yours,


David Barmocha

Isaac Askapa
Ramleh, Israel
011972502964295

To the Honorable Real:

My name is Isaac Askapa and I am Yaniv Haziza's cousin. I am forty years old, married, and a father of eight. I am a religious man. I am an Orthodox Jewish man who both works and studies the Torah (the Old Testament). I have nine souls to feed and my financial situation is very strained. Yaniv has been a constant source of help throughout my life. He helped me financially and has been a great aid to my whole family.

The ways that he has helped my family includes driving my children to school, nursery school, and helping us pay bills for our household.

Yaniv has a very good heart, he is a generous man who has helped myself and my family every time we needed him.

It is hard for me to believe that he did what he did. However, since he did do what he did, it was a one-time occurrence and I believe this with all my heart. He deserves a chance to return to the straight path in life.

A with Yaniv's wide heart deserves the lightest sentence possible. I hope that you can find it in your heart to show mercy upon him and lighten his sentence so that he may return to his family and to Israel as quickly as possible.

Thank you very much,


Isaac Askapah

Nissan Gonen
Tel Aviv, Israel
Phone Number: 011972502702705
E-mail: nissan@moked-shahar.co.il

November 1, 2009

To the Honorable Real:

Re: Yaniv Haziza Letter of Support

My name is Nissan Ganon and I wanted to write a few things about a man whom I have known for many years.

I do not want to minimize the severity of his crimes and I think that the things and allegations against him are very severe and should be reprimanded. However, coupled with that is my desire to convey a few things about this man, certainly the good things that he has done in his life that could serve as examples to young people and are admirable.

I studied with Yaniv in high school which began in 1988. In high school, Yaniv stood out in his behavior and as a person who could inspire friends in need and when we had different assignments from our teachers. Yaniv arrived from a different elementary school than myself, but I want to emphasize that the high school we were accepted to was a very high-level school where only the best students were admitted.

I remember from eighth grade through twelfth grade, the period when we were in school, there were a number of students with difficulties in school. The first one willing to help was always Yaniv. I remember one instance where a student who was in school with us, was progressively failing in school, for reasons I cannot remember and this student was subject to being expelled. Yaniv asked to speak to the principal of our school and promised him that he would take him back on the right path in studying as Yaniv's personal project. He obligated himself to see to it that this student would become one of the best students in our class. Yaniv took this project upon himself and completed his obligations and in the same year, this very student was up for the student of the year 1989.

Another occasion I remember and causes me to become emotional upon thinking about it was when one of the students in our class became sick with cancer and people were asked to make donations to aid in paying for her treatment. I remember Yaniv's profound involvement and the way that he got our whole school to join in collecting donations for the same student who became ill with this terrible disease.

In recognition of Yaniv's significant role as such an important and active member of our community, Yaniv was elected to be the president of the student council (I was one of his officers) and represented our school against other high schools in Israel. As the president of the student council, Yaniv took it upon himself to focus on the importance of students' rights and to bridge the gap between students and teachers while maintaining morals between students and teachers.

When we finished high school, we enlisted in the Israeli army (each one of us enlisted in different units, we remained friends). While I can say that Yaniv was enlisted and active in a certain military

unit, I cannot add a plethora of detail about where he was in the army because of the secrecy involved and Israeli national security. However, I can say that Yaniv carried on the determination and morals of high school and as a very respected soldier by his superiors. Yaniv ultimately became in a major in the army. After Yaniv completed his mandatory service in the army, he signed on for more years and became a reservist.

Yaniv is a person who is made from that which a leader is made and I can attest to it that he has done a lot of good for this world, mainly by helping homeless elderly, a cause close to his heart. He would help them by either listening to their concerns or different things that they needed help with.

I would appreciate it if you could take these things I have told you about my friend, Yaniv, to heart and consider it when you decide his fate.

Very truly yours,

Nissan Ganon
Tel Aviv
Israel

From: Nissan Ganon <nissan@moked-shahar.co.il>
To: tef3675@aol.com
Cc: ronitreuveni@walla.co.il; elinorreuveni@walla.co.il; Noga <noga@moked-shahar.co.il>; Eitan Avraham
    <eitan@moked-shahar.co.il>
Subject: RE: בדיקה
Date: Sun, Nov 1, 2009 6:14 am

לכל המעוניין ,

הנדון : חזיה יניב

שמי גנון ניסון וברצוני לכתוב מספר דברים על אדם שהיכרותי איתו היא רבת שנים.

מבלי חלילה להפחית מחומרת מעשיו ובאופן אישי אני חושב שהדברים ו/או החשדות המיוחסים לו הם חמורים וראויים לגינוי אך יחד
עם זאת ברצוני לספר על האיש עוד מספר דברים ובמיוחד את הדברים הטובים שלקחם
אף ראויים להערצה ויכולים לשמש מודל לחיקוי של בני נוער.

למדתי עם יניב משנת 1988 כאשר התחלנו יחד את התיכון, כבר אז בלט יניב במנהיגותו וביכולתו לסחוף אחריו חברים לצורך גיבוש
חברתי ונשימות שונות שהוטלו עלינו מעת לעת על ידי המורים.
יניב הגיע מבית ספר יסודי שונה מבית הספר שלי ברצונו לציין כי התיכון שאליו התקבלנו הינו בית ספר ברמה גבוהה שרק
תלמידים מצויינים בעלי ציונים גבוהים יכלו להתקבל.
אני זוכר בכיתה ט' יב' התקופה בה למדנו היו מספר תלמידים שהתקשו בלימודים ותמיד הראשון שהיה נכון לעזור היה יניב. זכור לי
מקרה שתלמיד אחד אשר למד איתנו התדרדר בלימודים מסיבות שאינם זכורות לי והתלמיד הנ"ל
היה מועמד לזרוק מבית הספר. יניב ביקש לדבר עם מנהל בית הספר והבטיח לו כי לוקח את "החזרתו למסלול" של אותו תלמיד
כפרייקט של עצמו ואף התחייב בפניו כי התמיד יהיה אחד המצטיינים בכיתה.
יניב לקח את ה"פרייקט" באופן אישי ואף קיים את מחוייבתו ובאותה שנה היה התלמיד מועמד לתלמיד מצטיין לשנת 1999.
מקרה נוסף שזכור לי ואף מרגש אותי כאשר אני זוכר בו הינו שאחת התלמידות בשכבה חלתה במחלת הסרטן והיה צריך לאסוף
תרומות לצורך מימון הטיפולים. אני זוכר את יניב נרתם לצורך המשימה ורתם אחריו את כל תלמידי בית הספר
לצורך גיוס תרומות לטיפול באותה תלמידה שחלתה במחלה הנוראה הזאת.
לראיה ולהוקרה על פועלו בתחום התברבות נבחר יניב לו"ז' מועצת תלמידי בית הספר (אני הייתי סגנו) ויוצג נאמנה את בית הספר מול
בתי ספר תיכוניים במדינת ישראל. במהלך כהונתו כיו"ר בית הספר דאג יניב לטפח את זכויות התלמיד ולגשר לא פעם
בין התלמידים למורים תוך שמירה על ערכים וכיבוד הדדי בין תלמידים למורים.
כאשר סיימנו את לימודי התיכון , התגייסנו לצבא (אמנם כל אחד התגייס ליחידה אך נשארנו חברים) יניב גוייס ושובץ ליחידה שונה,
מכיוון שאין אני יכל לפרט את אופן שירותו בצבא רק אומר להעיד כי יניב הביא עימו את הערכים והמנהיגות מבית הספר והיה חייל
מוערך מאד על ידי מפקדיו ולראייה ולדאיה קודם ואף מונה לפקד על חיילים ולאחר שירות החובה אף הוחתם והפך לאיש קבע בצבא.
יניב הינו מסוג האנשים שקורצו מחומר של מנהיגים אני יכול להעיד כי זכויות רבות עומדות בפניו ובעילי בעזרה לקשישים עריריים
שהיו קרובים לליבו והיה עוזר להם רבות בין אם מדובר בהקשבה ובין אם מדובר בעזרה של מטלות שונות.
אשמח אם תיקחו לתשומת ליבכם את הדברים המובאים כאן על הכתב בטרם תגזרו את דינו ותכריעו את גורלו.
בברכה מקרב לב,

גנון ניסון
תל- אביב
י ש ר א ל

Ronit Reuveni
Tel Aviv
Israel

November 2, 2009

To the Honorable Real:

My name is Ronit Reuveni and I am 33 years old from Tel Aviv, Israel. I would request your consideration when you come to sentence Yaniv Haziza for reasons I will illustrate below.

I have known Yaniv for six years through my brother-in-law. They were very good friends since the high school and then in the army.

I was exposed to a man extremely good-hearted. He is friendly and always willing to help even during difficult times when a lot of his time was needed with much needed energy and ability to listen.

I would like to tell of a situation when Yaniv helped an elderly neighbor of mine who is a Holocaust survivor. Yaniv would visit her at least two times a week and would listen to her stories of her childhood during which she survived the horrible times and would make sure she had necessary groceries.

Unfortunately, it is only in the last years that I met Yaniv but in these few years, I have heard from many that he has helped many people without any personal gain from his side, rather, just from being so good-hearted.

I can testify that has done a lot of good in this world and will be rewarded for his good deeds which by far surpass the bad. I will be happy to see him back home quickly, returning to his community and rehabilitated because he has a lot to give.

I request that you consider and pay heed to the aforementioned and grant him leniency.

I hope that my letter will grant the leniency in Yaniv's sentencing because he is such a dear, kind, and giving person.

Very truly yours,

Ronit Reuveni
Tel Aviv
Israel

**From:** אורטל חזיזה <ortal@umi.co.il>
**To:** tef3675@aol.com
**Subject:** RE: יניב חזיזה
**Date:** Mon, Nov 2, 2009 12:06 am

היי טיפני
העתקתי את המכתב של אחותי : האם תוכלי לתרגם אותו ואפקסס לך אותו
בהקדם?


שירן חזיזה סלמן
אהרון בוגנים 21/5 רמלה
טל:054-2008914


לכבוד:
כבוד השופט


אני שירן אחותו של יניב הקטנה רציתי לספר לך קצת על אחי יניב,
על מנת שתקבל מושג על הדינאמיקה המשפחתית שלו.
יניב הוא אחי הגדול בחור מוכשר וילד שתמיד הצטיין בלימודיו , ותמיד היה אוהב
לדאוג לכולם במיוחד להוריי. אבי הוא נכה צה"ל, ויניב תמיד דאג לו ולמצבו
הבריאותי.
משפחתי אינה דוגלת במעשיו של יניב הוא נקלע לצרה, ואנו מבטיחים לתמוך בו
לאורך כל הדרך.
אנא ממך עזור לנו על מנת שנוכל לתת ליניב הזדמנות בחייו כדי שילך בדרך הישרה
והטובה .
אנו מתגעגעים אליו מאוד ומחכים שישוב במהרה הביתה.


בברכה
שירן סלמן

Yossi and Rachel Askapa
Aliyah Shniya 14/26
Ramleh, Israel
Telephone number: 011-9728924-2061

Greetings,

We are Yossi and Rachel Askapa, Yaniv's aunt and uncle.

Over the years, Yaniv has always helped us in everything we needed, in every hour of the day, Yaniv was the first one to help, was worried about resolving issues, an amazing nephew that we remember fondly.

Yaniv is a man that we relied on the whole way. A smart man who is good-hearted and the first words that come to mind that describe Yaniv is his compassion for his fellow-man.

What he did is very hard for us and hurts us very much.

We hope that he will be released soon and will return to his familial unit.

He miss him very much and we want to see him soon.

Rachel and Yossi Askapa





**Fwd:** מייל מרחל ויוסי אסקפה- דודים .
tef3675  to: pedro_castillo                                        12/23/2009 10:36 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:34 am
Subject: Re: מייל מרחל ויוסי אסקפה- דודים .

-----Original Message-----
From: <ortal@umi.co.il> אורטל חזיזה
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 2:25 am
Subject: מייל מרחל ויוסי אסקפה- דודים .

יוסי ורחל אסקפה
עלייה שניה 26 /14
רמלה.
08-9242061

שלום רב ,

אנחנו יוסי ורחל אסקפה דודים של יניב.
במהלך השנים  יניב תמיד עזר לנו.
בכל עזרה שנזקקנו ,ובכל שעה ביממה ,יניב היה הראשון לעזור.
דואג לפתור בעיות , אחיין מדהים שאנו זוכרים לו רק טוב.
יניב הוא איש שסמכנו עליו לאורך כל הדרך ,
איש חכם וטוב לב שהמילים הראשונות אליו הם עזרה לזולת.
קשה לנו וכואב לנו מאוד על מה שעשה.
ומקווים שישתחרר בהקדם ויחזור לזרועות משפחתו.
הוא מאוד חסר לנו,ואנו רוצים לראותו בהקדם.

רחל ויוסי אסקפה.


DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when

leaving the gateway of UMI   YossiandRachel.doc

December 2009

Sigal Askapa
Kochav Ha'Tzafon 14
Tel Aviv, Israel

Greetings Your Honor:

My name is Sigal Askapa and I am Yaniv's cousin.

As a child Yaniv, would always one of my closest friends.

He was, and remains, a compassionate person, caring, with a wide heart, and a loyal and good friend.

I hope that you will take this into consideration and be lenient in sentencing Yaniv.

He is a very dear person and I hope that we will be able to see him soon.

May he have the opportunity in life to return to the straight and narrow path.

Blessings,

Sigal Askapa



**Fwd:** ‎מייל מסיגל בת דוד של יניב‎.

tef3675  to: pedro_castillo                                    12/23/2009 10:50 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:46 am
Subject: Re: ‎מייל מסיגל בת דוד של יניב‎.

-----Original Message-----
From: ‎אורטל חזיזה‎ <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 2:13 am
Subject: ‎מייל מסיגל בת דוד של יניב‎.

דצמבר 2009

, סיגל אסקפה
כוכב הצפון 14
. ת"א

: שלום כבוד השופט

, שמי סיגל אסקפה   ואני בת הודתו של יניב

. בתור ילדה יניב היה אחד החברים הטובים ביותר שלי

הוא היה ונשאר איש אכפתי, דואג, עם לב רחב , וחבר קשוב וטוב.

. אני מאוד מקווה שתתחשב ותקל על עונשו

הוא איש יקר מאוד  , ואני מקווה שנוכל לראותו בקרוב בארץ.

ושתהיה לו ההזדמנות לחזור לדרך הישר בקרוב.

, בברכה

. סיגל אסקפה

DISCLAIMER: This mail message was scanned for malicious content by <u>Quality Bytes Mail Security</u> when

leaving the gateway of UMI  sigalaskapa.doc

Hertzel and Sara Askapa
Ha'Bonim 19
Ramleh, Israel

Hello

We are Yaniv's aunt and uncle.
I am Hertzel, Rivka's younger brother.  I am writing this letter on behalf of myself and in my wife's name.

Because I am Yaniv's mother's younger brother, Yaniv and I are very close in age, since forever, we have been good friends.

Yaniv is much beyond a nephew.  He is a man with a wide heart, the widest and most worried in our whole family.

He is someone that I can ask for advice from about everything.

He is a man of peace, helps in every opportunity and resolves problems in his surroundings.

In every family argument, he would create peace and reconciliation and created an enviornment where everyone around him felt comfortable.

We hope that Yaniv will return to Israel quickly.

This whole thing is very painful for his family and has greatly affected his family.

We hope that his punishment will be easy and we will be able to see him with us around the family table soon.

Thank you very much,

Hertzel and Sarah Askapa



**Fwd: הרצל ושרה אסקפה-דודים**
tef3675  to: pedro_castillo                                    12/23/2009 10:49 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:48 am
Subject: Re: הרצל ושרה אסקפה-דודים


-----Original Message-----
From: אורטל חזיזה <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 2:58 am
Subject: הרצל ושרה אסקפה-דודים

הרצל ושרה אסקפה
הבונים 19
רמלה


שלום

אנחנו דודים של יניב .
שמי הרצל, ואני אחייה הקטן של רבקה.
אני כותב את המכתב בשמי ובשם אשתי שרה.
בגלל שאני האח הקטן של אמו ואני יניב יחסית מאוד קרובים בגיל , מאז ומעולם היינו חברים טובים.
יניב הוא הרבה מעבר לאחיין.
הוא איש בעל לב רחב, הרחב והדואג ביותר בכל המשפחה.
איש שאפשר להתייעץ איתו בכל דבר
איש של שלום , עוזר בכל הזדמנות ומשכן שלו סביבו.
בכל מריבה משפחתית הוא היה משכין שלום וגורם לכולםלהשלים ולהרגיש בנוח סביבו.
אנו מקווים  שיחזור לארץ במהרה.
המקרה הזה הוא מקרה שכאוב מאוד למשפחתנו.
והשפיע מאוד על משפחתנו
מקווים שעונשו יהיה קל ,ונוכל לראות אותו איתנו מסביב לשולחן המשפחתי בקרוב.


תודה רבה
הרצל ושרה אסקפה.

DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when

leaving the gateway of UMI   hertzelandsarah.doc

Karine Haziza
Sokolov 29
Ramleh, Israel
Telephone number: 011-972-50-6335326

Greetings Your Honor:

My name is Karine Haziza and I am Yaniv's cousin. Yaniv is a dear cousin, always helped me, always protected me.

He always influenced me in a good way and gave me a model of a generous hearted, compassionate person.

When I heard what had happened, I did not believe it.  It was very hard for me to hear that Yaniv was arrested.

As my cousin, who, over the years was my model in life, it did not occur to me that he was capable of doing such a thing and till this day, it is still hard to believe.

His personality and his generous heart do not coincide with he he did.

I really hope that you will be able to show leniency upon my cousin and that you will give him the chance to return to the straight and narrow path soon.

Blessings,

Karine Haziza



**Fwd:** מייל - בת דוד שנייה .
**tef3675**  to: pedro_castillo                                    12/23/2009 10:47 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:41 am
Subject: Re: מייל - בת דוד שנייה .


-----Original Message-----
From: אורטל חזיזה <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 2:19 am
Subject: מייל - בת דוד שנייה .

קארין חזיזה
סוקולוב 29
רמלה- ישראל
050-6335326


שלום רב לכבוד השופט ,

שמי קארין חזיזה ואני בת דודו של יניב.
יניב הוא בן דוד יקר, תמיד עזר לי , תמיד גונן עליי.
תמיד השפיע עליי בצורה טובה ונתן לי דוגמא לרוחב רחב לב ואנושיות
כששמעתי את מה שקרה לא האמנתי ,
היה לי מאוד קשה לשמוע את הבשורה על זה שנעצר.
כבן דוד שלאורך השנים הייווה דוגמא לא העלתי בדעתי שיכול לעשות דבר כזה ואני עד היום מתקשה להאמין.
האישיות שלו ורוחב הלב לא מסתדרים עם מה שעשה.
אני מאוד מקווה שתוכלו להקל על עונשו ולתת לו לחזור לדרך המוטב בקרוב.

בברכה,
קארין חזיזה.


DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when



leaving the gateway of UMI   karinehaziza.doc

Oshra Ezra
Bar Ilan 3
Ramleh, Israel
Telephone: 011-9728-9355411

Greetings Your Honor:

My name is Oshra Ezra and I have been Yaniv's neighbor over thirty years. I have known Yaniv since he was a little boy. Yaniv has always respected me and always helped me.

I am a very sick woman and he would always help me with groceries and helped in the house, as a child and as an adult.

My heart hurts and is very sad since what has occurred.

I think that Yaniv made a one-time mistake that will never repeat itself.

I hope that he will return to us soon.

Oshra Ezra



**Fwd:** אושרה- מהשכנה מייל .
tef3675  to: pedro_castillo

12/23/2009 10:28 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:27 am
Subject: Re: אושרה- מהשכנה מייל .

-----Original Message-----
From: <u>ortal@umi.co.il</u>> חזיזה אורטל <
To: <u>tef3675@aol.com</u>
Sent: Wed, Dec 23, 2009 2:32 am
Subject: אושרה- מהשכנה מייל .

אושרה עזרא
בר אילן 3
רמלה .
08-9355411

שלום רב לכבוד השופט ,
שמי אושרה עזרא ואני שכנה של יניב למעלה מ30 שנה.
אני מכירה את יניב מאז שהיה ילד קטן.
יניב מאז הוא מתמיד כיבד אותי ועזר לי.
אני אישה חולה ותמיד היה עוזר לי בקניות ובעזרה לבית.
גם בתור ילד קטן וגם בתור איש בוגר .
הלב כואב נורא ועצוב מאוד על מה שקרה .
אני חושבת שיניב עשה טעות חד פעמית שלא תחזור יותר לעולם.
מקווה שישוב אלינו בהקדם.

אושרה עזרה.

DISCLAIMER: This mail message was scanned for malicious content by <u>Quality Bytes Mail Security</u> when

leaving the gateway of UMI  oshraezra.doc

December 22, 2009

Greetings to the Honorable Judge:

My name is Eti Haziza and I am Yaniv's aunt.

As a mother of three children and as a teacher for over ten years.

I think that I can testify about Yaniv and his character.

I know Yaniv over thirty years, since I have been married to his father's brother.

Yaniv is a good man with a huge heart and generous.

He is a man who helped his family and his friends a lot .

I am full of hope and prayer that Yaniv will return to Israel quickly and return to the straight
path that he was aiming at his whole life and will continue what he was doing before.

Generosity, help, and respect.

Blessings,

Eti Haziza
Sokolov 29
Ramleh Israel
Phone Number:  011-9728-922-9383



**Fwd:** אתי חזיזה - דודה .
tef3675  to: pedro_castillo                                          12/23/2009 10:22 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:21 am
Subject: Re: אתי חזיזה - דודה .

-----Original Message-----
From: אורטל חזיזה <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 4:53 am
Subject: אתי חזיזה - דודה .

אתי חזיזה
סוקולוב 29 רמלה
9229383-08

שלום רב לכבוד השופט הנכבד ,

שמי אתי חזיזה  ואני דודתו של יניב.

כאם לשלושה ילדים וכמחנכת ומורה מזה למעלה מעשור .

אני חושבת שביכולתי להעיד על יניב  ועל האופי שלו .

אני מכירה את יניב מזה 30 שנה ,  מאז שאני נשואה לאח של אביו .

יניב הוא איש טוב ,  עם לב ענק ונדיב .

איש שעזר מאוד למשפחתו וגם לקהילה שסביבו

ילדיי העריצו אותו .

ולכן הבשורה על מעשיו הייתה מאוד קשה  לעיכול למשפחה ולחבריו .

כולי תקווה ותפילה שיניב יחזור במהרה לארץ.

ויחזור לדרך הישרה שאליה הוא כיוון כל חייו.

וימשיך לעשות את מה שעשה קודם לכן ,

נדיבות , עזרה , וכבוד .

בברכה,

אתי חזיזה .

DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when

leaving the gateway of UMI  etihaziza.doc

Mazal and Itzik Shnieder
Ponce 11
Ramleh, Israel

Hello,

We have known Yaniv since he was very young.  Yaniv was like our own child and we have
known him since the day he was born.

We did not believe when we heard the bitter news.  It did not occur to us that this about that
same child and that same adult that we have known since he was a child.

Yaniv is man who is compassionate and caring.  He worries about everyone all the time.

We pray for the day that he will return quickly to us in Israel and ask if you can show leniency
when sentencing him.

Blessings,

Mazal and Itzik Shnieder



**Fwd:** מייל מחברים של ההורים ,מזל ויצחק שניידר.
tef3675  to: pedro_castillo                                    12/23/2009 10:18 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:17 am
Subject: Re: מייל מחברים של ההורים ,מזל ויצחק שניידר.


-----Original Message-----
From: אורטל חזיזה <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 2:35 am
Subject: מייל מחברים של ההורים ,מזל ויצחק שניידר.

מזל ואיציק שניידר
פונס 11
רמלה

_____

שלום,

אנחנו מכירים את יניב חזיזה מגיל מאוד צעיר .
יניב היה כמו ילדנו , ואנו מכירים אותו מהיום שהוא נולד.
לא האמנו ששמענו את הבשורות המרות.
לא העלנו בדעתנו שאכן מדובר באותו ילד, ובואתו אדם בוגר שאנו מכירים מילדות.
יניב הוא איש איכפתי ואדיב .
שדואג לכולם כל הזמן.
אנחנו מתפללים יום יום שיחזור אלינו במהרה .
ומבקשים אם יכולים להקל בעונשו.


בברכה,
מזל ואיציק שניידר.


DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when

leaving the gateway of UMI  mazalanditzik.doc

12/23/2009

Ariela Tzarfati
Ayilah ha'Shniya 15
Ramleh, Israel
Telephone: 011-9728-922-5263

Greetings to the Honorable Judge:

My name is Ariela Tzarfati, I am good friend of Yaniv's mother and a family member of his. It is so sad, Yaniv's situation, and so very difficult.

I am full of hope that he will be returned to Israel soon and will return to his prior life.

I know Yaniv as a child. Just from the memories of him as child, a smile arises to my lips.

I am a child care provider and a nursery school teacher for many years. As a professional in child discipline, I remember Yaniv fondly as a child. Yaniv was a smart, wise, asked a lot of questions, curious, loved to help and generous child.

Most of these qualities carried on into his adulthood.

Even as a mature man, Yaniv always knew to open his heart and help.

I hope that the legal system will consider him and will be wide and generous like Yaniv is and will show mercy upon him.

I pray for this.

Thank you in advance,

Ariela Tzarfati



**Fwd:** ‎אריאלה-חברה של אמא.
tef3675  to: pedro_castillo

12/23/2009 10:06 AM

-----Original Message-----
From: tef3675@aol.com
To: ortal@umi.co.il
Sent: Wed, Dec 23, 2009 10:05 am
Subject: Re: ‎אריאלה-חברה של אמא.

-----Original Message-----
From: ‎אורטל חזיזה <ortal@umi.co.il>
To: tef3675@aol.com
Sent: Wed, Dec 23, 2009 3:05 am
Subject: ‎אריאלה-חברה של אמא.

23/12/09

אריאלה צרפתי
עלייה שנייה 15
רמלה
08-9225263

שלום רב לכבוד השופט :

שמי אריאלה צרפתי , אני חברה טובה של אמו וקרובת משפחתו של יניב.

עצוב נורא המקרה של יניב , וקשה כל –כך .

כולי תקווה  שיחזור בהקדם , ויחזור למסלולו הקודם.

את יניב אני מכירה בתור ילד ,

רק מהזיכרונות עליו חיוך עולה על שפתיי.

אני מטפלת וגננת  במקצועי מזה שנים רבות.

ובתור אשת חינוך יניב זכור לי לטובה בתור ילד .

ילד חכם, מתוחכם , שואל המון שואלת, סקרן, אוהב לעזור ונדיב.

רוב התכונות האלו המשיכו עם יניב גם בבגרותו .

גם בתור גבר מבוגר יניב תמיד ידע לפתוח את לבו וידו ולעזור.

ואני מקווה שהמערכת המשפטית תתחשב בו ותהיה רחבה ונדיבה כמו

האישיות שלו ותקל בעונשו.

אני מפללת על כך .


תודה מראש

אריאלה צרפתי.



DISCLAIMER: This mail message was scanned for malicious content by Quality Bytes Mail Security when

leaving the gateway of UMI  Arielatzarfati.doc

To the Honorable Real:

From: Menasheh Gera, married + 1

I was asked by Yaniv's attorney to write a letter in order to convince you to show mercy upon Yaniv. I decided to tell Your Honor about the nice side of Yaniv that loves children, people, and is a good friend.

I never believed in my life that I would have to write such a letter to a judge in the great United States, but I supposed that life leads us everywhere.

I do not know what led Yaniv into the situation he finds himself in, but I know that if Yaniv is given a second chance, he will not miss it.

I have a dream to see Yaniv returning and establishing a warm and loving home because I know that this is what he wants.

There are people that in life that being imprisoned does not change them. However, I know Yaniv and I know the years he has been imprisoned have certainly changed him.

This letter was written by Menashe Gera, married + a son who is two years old that Yaniv wants desperately to see.

I beg of you, Your Honor, that you give Yaniv another chance.

Sincerely,

Meneshe Gera
Phone number: 011972-507-275787

Two letters for Yaniv
tef3675
to:
pedro_castillo
12/23/2009 01:34 AM
Show Details

Dear Pedro:
Please find two more letters for Yaniv.  One is in the body of this e-mail along with the Hebrew.

-----Original Message-----
From: tef3675@aol.com
To: MAYAG@ildinsur.co.il
Sent: Wed, Dec 23, 2009 1:14 am
Subject: Re: יניב חזיזה-עדות אופי

To the Honorable Real:
From:  Menasheh Gera, married + 1
I was asked by Yaniv's attorney to write a letter in order to convince you to show mercy upon Yaniv.  I decided to tell Your Honor about the nice side of Yaniv that loves children, people, and is a good friend.
I never believed in my life that I would have to write such a letter to a judge in the great United States, but I supposed that life leads us everywhere.
I do not know what led Yaniv into the situation he finds himself in, but I know that if Yaniv is given a second chance, he will not miss it.
I have a dream to see Yaniv returning and establishing a warm and loving home because I know that this is what he wants.
There are people that in life that being imprisoned does not change them.  However, I know Yaniv and I know the years he has been imprisoned have certainly changed him.
This letter was written by Menashe Gera, married + a son who is two years old that Yaniv wants desperately to see.
I beg of you, Your Honor, that you give Yaniv another chance.
Sincerely,

Meneshe Gera
Phone numer:  011972-507-275787

-----Original Message-----
From: מאיה גרא <MAYAG@ildinsur.co.il>
To: מאיה גרא <MAYAG@ildinsur.co.il>; tef3675@aol.com
Sent: Wed, Dec 23, 2009 1:04 am
Subject: RE: יניב חזיזה-עדות אופי

לכבוד
כבוד השופט

הנדון: מכתב קטן להחלטה גדולה

מאת: מנשה גרא, נשוי+1
נתבקשתי ע"י עורכת הדין של יניב לכתוב מכתב על מנת לשכנע את כבודו
למחול ליניב.
החלטתי לספר לכבודו על צד יפה של יניב שאוהב ילדים, אנשים וחבר טוב.

לא האמנתי בחיים שאיי פעם אצטרך לכתוב מכתב לשופט באמריקה
הגדולה, אך כנראה שהחיים שלנו מובילים אותנו לכל מקום.

אני לא יודע מה הביא את יניב להיקלע למצב שהוא נמצא בו, אבל אני יודע
ומתחייב שבמידה ויניב יקבל הזדמנות שנייה, הוא לא יפספס אותה.

יש לי חלום לראות את יניב חוזר ומקים בית חם ואוהבה, כי אני יודע שזה
מה שהוא רוצה.

יש אנשים שהרבה שנים ישהו מאחורי סורג ובריח וזה לא ישנה אותם.

אבל, כמו שאני מכיר את יניב אני בטוח שהשנים האלו הספיקו כדי לשנותו
לתמיד.

המכתב נכתב ע''י מנשה גרא נשוי + ילד בן שנתיים שיניב מאוד מאוד רוצה
לראות.

אני מתחנן בפניך כבוד השופט שתיתן ליניב צ'אנס
בברכה

מנשה גרא 050-7275787

מאיה גרא **From:**
**Sent:** Wednesday, December 23, 2009 10:03 AM
**To:** 'tef3675@aoi.com'
יניב חזיה-עדות אופי **Subject:**
<< File: מנשה-יניב.doc >>   << File: מאיה-יניב.doc >>
מאיה גרא
מזכירת מחוז מרכז
הכשרת הישוב חברה לביטוח בע"מ
TEL- 03-7962648
FAX- 03-5167837

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named
recipient(s) only.
If you have received this email in error, please notify the system manager or the sender immediately and do not
disclose the contents to anyone or make copies thereof.
*** eSafe scanned this email for viruses, vandals, and malicious content. ***

Your Honor:

My name is Maya, I am married + a 1 and a friend of Yaniv's for many years.

During the I have known Yaniv, I learned to know his good side, I met a good person, a good friend, loving, supporting, believing, and emotional.

Due to the morals I was raised with and I acquired over time, I always said that people need to pay for the mistakes they have made in life, however, in the same breath, I believe that there are people that deserve a second chance.

I think that a person like Yaniv that already paid and continues to pay the price, deserves a second chance.

I am positive and certain that Yaniv regrets the situation he was lured into, a situation that I believe was not done with his complete willingness and not from a clear intention.

Yaniv always helped, gave, and was supportive of those around him and his whole life dreamed to establish a home, a family and bring children to this world.

It is clear to me that when Your Honor will decide to have mercy upon Yaniv and give him a second chance, Yaniv will continue to pay the price for what he has done but in a positive way such as helping and donating to his community.

Yaniv is a son to a loving and warm family and he is a good friend.

Our dream is to see Yaniv the way I know him: happy, content, and building the family he always dreamed of, since I have known him.

We miss him a lot.

Your Honor, we beg of you that you give Yaniv a second chance.

Sincerely,

Maya Gera
Telephone no: 011972-50-9777-697



**Fwd:** יניב חזיזה-עדות אופי
**tef3675**  to:  pedro_castillo                    12/23/2009 01:35 AM

Dear Pedro,
The translation of this letter for Yaniv is the attachment.


-----Original Message-----
From: מאיה גרא <MAYAG@ildinsur.co.il>
To: מאיה גרא <MAYAG@ildinsur.co.il>; tef3675@aol.com
Sent: Wed, Dec 23, 2009 1:04 am
Subject: RE: יניב חזיזה-עדות אופי

לכבוד:

כבוד השופט.

שמי מאיה, נשואה+1 וחברה של יניב לא מעט שנים.

במהלך השנים למדתי להכיר את יניב על הצד הטוב ביותר, הכרתי אדם טוב,
חבר טוב, אוהב, תומך, מאמין ואמוציונאלי.

על פי הערכים שגדלתי עליהם ושרכשתי במשך השנים תמיד אמרתי שאנשים
צריכים לשלם על טעויות שעשו בחיים, אך באותה נשימה אני מאמינה כי ישנם
אנשים שמגיעה להם הזדמנות שנייה.

אני חושבת שלאדם כמו יניב שכבר שילם ועדיין משלם את המחיר צריך לתת
במקביל את אותה הזדמנות שנייה.

אני סמוכה ובטוחה שיניב מביע חרטה עמוקה על המצב שהוא נקלע אליו, מצב
שלדעתי נעשה לא מתוך רצון ולא מכוונה ברורה.

יניב תמיד עזר, נתן, ותמך באנשים הסובבים אותו וכל חייו חלם להקים בית
ומשפחה וכמובן להביא לעולם ילדים.

ברור לי שבמידה וכבודו יחליט למחול ליניב ולתת לה הזדמנות שנייה יניב ימשיך
לשלם על מעשיו אך הפעם בדרכים חיוביות כמו עזרה לזולת ותרומה לציבור
החברתי.

יניב בן למשפחה חמה ואוהבת וחבר טוב

החלום שלנו הוא לראות את יניב כמו שאני מכירה אותו: שמח, מאושר ומקים
את המשפחה שליה חלם מאז שאני מכירה אותו.

אנחנו מתגעגעים אליו המון.

כבוד השופט- אנו מתחננים בפניך שתיתן ליניב את ההזדמנות השנייה.

בברכה
מאיה גרא  9777697-050

From:  מאיה גרא

**Sent:** Wednesday, December 23, 2009 10:03 AM
**To:** 'tef3675@aol.com'
**Subject:** יניב הזיוה-עדות אופי
<< **File:** מאיה-יניב.doc >>  << **File:** מנשה-יניב.doc >>

מאיה גרא
מזכירת מחוז מרכז
הכשרת הישוב חברה לביטוח בע"מ
*TEL- 03-7962648*
*FAX- 03-5167837*

*IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only.*
*If you have received this email in error, please notify the system manager or the sender immediately and do not disclose the contents to anyone or make copies thereof.*

**\*\*\* eSafe scanned this email for viruses, vandals, and malicious content. \*\*\*** mayagera.doc

December 3, 2009                                                                                    B"H

<u>Dear Your Honor hello and a blessing!</u>

I am Moshe Suliman, a supermarket manager in Yavnal.  I have known Yaniv Haziza for four years.
He was a loyal, honest customer of mine.  He paid all of his bills on time.

As his nature, he always inquired how I was feeling and with what he could help me in the market.
Many times, he would give the local children sweets in school.  He would also give me money for
families who were in need of food so that they could celebrate the Sabbath.

Yaniv used to live next door to my market and would always arrive to help me out of the goodness of
his nature.  I know many people, but people who are genuinely good from their heart the way Yaniv is,
are very hard to find.

Blessings,

Moshe Suliman
Manager, Super Zol Yavnal

B"H

Aharon Shmuli
Phone number:  011972-54-848-0849

12/10/09

<u>To Your Honor greetings and a blessing!</u>

To those requesting an opinion regarding Yaniv Haziza.  While he was living in Yavnal, I had the chance to get to know him well.  We would sit amongst good friends where he Yaniv lived and we would study the Torah with him.  We would provide him with strength and faith in G-d's work.  He always enjoyed sitting and asking questions he did not understand.

Because of this he started keeping the Sabbath and took it upon himself to do good deeds despite the fact that goodness was already instilled and a part of him, naturally.  He already had all of this and did not even know that this is the biggest good deed in the Torah.  Yaniv always very generous with us and always showed a willingness to help.

I was more surprised by Yaniv's goodness toward every little thing, even a good word.

We ask that you bring him to Israel as soon as possible so that he can rejoin our religious community in Yavnal.

Blessings,

Aharon Shmuli from Yavnal

12/12/09                                                                                    B"H

Dear Your Honor Greetings and Blessings!

I would like to share my opinion of the dear Yaniv Haziza that is now in the United States in prison. I know him for four years and this is a very dear and good man. He is a good person who does good deeds. He feeds the hungry that had nothing to feed their children. He completely gave his all for them.

This is why I ask of you, in every tongue of request that Yaniv be returned to Israel because there are children in Yavniel waiting for him.

Very truly yours,

Yaniv Tzvi Tzamal
Phone number: 011-972-52-5296188

12/15/2009                                                    B"H

<u>To Your Honor Greetings and a Blessing!</u>

I am Gad Ohayon a friend of Yaniv Haziza from childhood. I know his family and till this day I am in touch with this parents and ask how Yaniv is.

When he was in jail in Ramleh, he would call us every friday to wish my wife and I a "Good Shabbath".

Yaniv used to live in an apartment above the apartment that I lived in and we would sit together and always study the Torah. Every Saturday, he would be our guest and always helped my wife cook and make the prepartions for the Sabbath.

His only desire was to get married and to live among us in our devout community and to become more religious in G-d's work and to bring children to this world. He wanted and knew that there is nothing better in this world like being married with children and living to support one's family.

On many occasions, he helped people in our community and donated supplies to them for the Sabbath and not only while he lived here, even when he was in jail in Israel, he would call his brothers and his parents that they send money to families who are in need of food.

From all that he lacked, he would still give to others and that is something that is very rare. In our days, even those that are the wealthiest do not help the needy with such generosity the way Yaniv has.

This is why I would be very happy that you send Yaniv back to us in Israel so that he may get married and bring children to this world which is his biggest desire.

With a big blessing,

Gad Ohayon
011-972-52-6578714

12/15/2009

<u>To Your Honor Greetings and a Blessing!</u>

I, Hadar Ohayon, want to tell you in short my acquaintance with Yaniv Haziza.

I met him while I was a solider with the Israeli Defense Force and Yaniv served in his role as a captain in the kitchen and there was always very generous with his fellow soldiers. And aftewards, it became clear to me that he went to high school with my brother in Ramal Aleph in Ramleh, which, at the time was considered one of the leading high schools in the area and it was not easy to be admitted there.

After I became religious, I moved to live in Yavniel about five years ago. Yaniv moved there as well and became part of our community and lived in an apartment in my building and it turned out that he was my husband's childhood friend. In the beginning, I did not like the idea that someone who was friends with my husband before my husband became religious would be our neighbor. However, I quickly learned what an amazing person Yaniv is. He would help everyone who needed helped, from children to families in need. He always asked me what I needed and what I needed help with.

He would be our guest every Saturday and would always prepare most of the food and help me with all the preparations. He would always help my husband and I when we had a fight and would help us communicate. My daughters became very attached to Yaniv and he would give them a lot of presents. He would play with my baby son and on various occasions even babysat my children. Even when he was imprisoned in Israel, he did not forget my daughter's birthday and sent her a present. He actually sent us some money so that we would buy her a gift for her birthday. To this day, she knows that he her Uncle Yaniv bought her a play stroller for her doll.

While he was here, he became more and more religious, he kept the Sabbath and his dream was to remain part of our community, get married, and have children.

Every person deserves a second chance in life so please, give Yaniv this second chance because he is an amazing person and has a good heart and he has many good and special qualities.

Everyone who knows him is praying for him that he return to Israel, to his family and to us, his community the same way we pray that Gilad Shalit will return to Israel to his family.

I look forward to seeing Yaniv soon and we will help him in all that he needs.

Sincerely,

Hadar Ohayon
011872-52-6579374

12/18/09                                                                B"H

<u>Dear Your Honor Greetings and a Blessing!</u>

I, Dina Ben Yair want to tell you about Yaniv who is an amazing person. I have known him since he was but a child. He went to high school with my son and I remember him as someone who always loved helping his community and after a few years, he moved to live in Yavniel under the apartment my daughter lives in.

She always tells me how much Yaniv helps people in their community and also my daughter. I am full of sadness that someone like this is so far away from his home and family and from the people that he loves and the people that love him.

I believe that he learned his lesson and all that he wants is to return to be the way he was before and contribute to his country, his surroundings, because this is what he loves doing and this is his nature.

I hope that my letter will help Yaniv and very soon we will be able to see him. I always pray for him and believe that my prayers will be answered for him.

Sincerely,

Dina Ben Yair
Phone number: 011-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-1942

B"H

12/21/2009

<u>To Your Honor Greetings and a Blessing!</u>

I am Shmuel Gafri and I met Yaniv Haziza when he arrived in our community and everything that he did here are good deeds for the people of the community and in the short amount of time that I knew him, we would sit at his apartment and study the Torah. His whole meaning in life was to be stronger in G-d's work and to get married and be a part of this community.

It is difficult for us without him and the children of the community miss him dearly, especially the ones that he would buy sweets for.

The truth of the matter is that a person like Yaniv, is one in a million and I am not exaggerating when I write that because there are so many good things to write about Yaniv. This why it is a waste that someone with Yaniv's potential is in jail.

I hope that this short letter will help to explain a bit about Yaniv as a person.

Sincerely,

Shmuel Gafri
Phone number: 011972-50-938-8893

12/21/09                                                                                    B"H

<u>To Your Honor Greetings and a Blessing!</u>

I am Itay and I met Yaniv Haziza when he came to live in our community and started becoming religious in G-d's work.

We studied the Torah together and strengthened one another. During the same time, I went through a very difficult time at home and I moved in with Yaniv in his apartment. He let me stay with him for two months without paying and I owe a lot to him for my wife and my reconciliation. I will never forget his goodness that he did for my wife and I and for all the good he has done for the people in our community.

Myself, along with many others in our community will be thrilled when he returns here and will continue to be a part of our community and get married and will establish a home in Israel and will continue the straight and narrow path of the Torah and good deeds.

Sincerely,

Itay Albagli
Phone: 011-972-50-5721341

B"H

Your Honor:

I am Yadin Shorek a friend of Yaniv Haziza since childhood. I know his whole family and they are all good people, who contribute to their community, including Yaniv. Yaniv always helped us all and all his friends always loved him a lot.

About three and a half to four years ago, Yaniv began becoming religious and came to live amongst us in our community. Every day he would look for things to do that were good for people and this was his big love to give of himself for his society.

This is why we ask from Your Honor to return him to our country very soon and we will take care of him that he shall get married and establish a Kosher home in Israel.

Sincerely from his good friend,

Yadin Shorek



**Fwd:** אשמח עמתאשרי לי שקיבלת את כל המכמבים ששלחת י -תשעה מכתבים
t
tef3675 ○ pedro_castillo                                    12/22/2009 09:56 AM

---

History:          This message has been replied to.

---

Dear Pedro,
Please find at the bottom of this e-mail nine letters which were sent together in Hebrew.  I have already
translated two of them, which I am sending individually as attachments.  I will continue to send them to you
as I translate them.
Please confirm that you have received them.
Thank you,
Tiffany


-----Original Message-----
From: libat avital <libat.a@gmail.com>
To: tef3675@aol.com
Sent: Tue, Dec 22, 2009 9:08 am
Subject: Re: אשמח עמתאשרי לי שקיבלת את כל המכמבים ששלחת י -תשעה מכתבים

הי טיפאני,

שמעתי את הודעתך. רצ"ב העתקה של המכתבים:

בס"ד

03/12/09


## לכבוד השופט שלום וברכה!


אני משה סוליימן מנהל סופרמרקט ביבנאל אני מכיר את יניב חזיזה כארבע שנים הוא היה לקוח ישר
ונאמן משלם את הקניות בזמן,
מטבעו היה שואל תמיד לשלומי ובמה הוא יכול לעזור לי בסופר הרבה פעמים היה תורם ממתקים
לילדים בבית הספר כמו כן היה נותן לי כסף למצרכים עבור משפחות עניות לכבוד שבת קודש,
יניב היה גר ליד הסופר שלי ותמיד היה מגיע לעזור לי מרצונו הטוב, אני מכיר הרבה מאוד אנשים,
אך אנשים טובים מהלב כמו יניב קשה מאוד למצוא.

בברכה
משה סולימן
מנהל סופר זול יבנאל

בס"ד

10/12/09

<u>לכבוד השופט שלום וברכה!</u>

למבקשים חוות דעת על הבחור יניב חזיזה נ"י במשך שהותו ביבנאל הספקתי להכירו שהיינו יושבים
כמה חברים בבית שבו התגורר ולומדים איתו תורה ומחזקים אותו בעבודת ה' והוא תמיד נהנה לשבת
ולשאול  שאלות שלא הבין ובעקבות זה התחיל לשמור שבת ולקח על עצמו לעשות מצוות למרות
שהסד אצלו היה בטבע מבלי אפילו שהוא ידע שזה אחת המצוות הכי חשובות בתורה ,
יניב תמיד התנהג באדיבות כלפינו והביע נכונות לעזור,
יותר התפעלתי ממידת הכרת הטוב של יניב על כל דבר קטן אפילו על מילה טובה

אנו מבקשים להשיבו הביתה לארץ ישראל ולהצטרף שוב לקהילתנו הקדושה ביבנאל.


בברכה
אהרון שמולי מיבנאל
טל'- 054-8480849


בס"ד

12/12/09


<u>לכבוד השופט שלום וברכה!</u>


ברצוני להביע את דעתי על יניב חזיזה היקר אשר נמצא אצלכם בכלא
אני מכיר אותו כבר כארבע שנים והאיש הזה בן אדם יקר מאוד וטוב בעל חסד מאוד גדול
שהאכיל עניים שלא היה להם במה להאכיל את הילדים שלהם והוא ממש מסר את נפשו עליהם,

ולכן אני מבקש מכם בכל לשון של בקשה אנא החזירו אותו לארץ ישראל כי יש ילדים שמחכים לו ביבנאל עיר ברסלב.

בכבוד רב
יניב צבי צאמל
טל'- 052-5296188

בס"ד

15/12/09

<u>לכבוד השופט שלום וברכה!</u>

אני גד אוחיון חבר של יניב חזיזה עוד מילדות אני מכיר את משפחתו ועד עכשיו אני בקשר עם הוריו ומתעניין לשלומו של יניב,

שהיה בכלא ברמלה היה מתקשר אלינו תמיד ובכל יום שישי לומר לי ולאשתי
שבת שלום.
הוא היה גר ביחידת דיור שמתחת לבית שבו אני גר והיינו יושבים ביחד תמיד ולומדים תורה, כל שבת
היה מתארח אצלנו, ותמיד עזר לאשתי לבשל ולטרוח לכבוד שבת
כל רצונו היה להתחתן ולגור כאן איתנו בקהילה ולהתחזק בעבודת ה' יתברך ולהביא ילדים לעולם.
כי הוא ראה והבין שאין דבר יפה בעולם כמו להיות נשוי עם ילדים ולחיות רק למענם.
פעמים רבות עזר לאנשי הקהילה ותרם להם מצרכים לשבת ולא רק שהיה גר כאן גם שהיה כבר
בכלא בארץ היה מתקשר לאחים שלו והורים שלו שישלחו כסף לסופר כי יש משפחות שזקוקות
לאוכל.
ממה שאין לו היה נותן לאחרים וזאת מעלה שכמעט ואין היום אפילו עשירים גדולים שיש להם כסף
לא נוהגים באדיבות כזאת,
לכן נשמח מאוד שתחזירו אותו אלינו שיוכל להתחתן ולהביא ילדים וזה יהיה כל מהותו.


בברכה רבה
גד אוחיון
טל'- 052-6578714


בס"ד

15/12/09


לכבוד השופט שלום וברכה!

בס"ד

הנני הדר אוחיון רוצה לספר בקצרה על היכרותי עם יניב חזיזה-

הכרתי אותו בהיותי חיילת בצה"ל ויניב שירת  בתפקיד רס"ר מטבח וגם שם תמיד התנהג באדיבות לחיילים. ולאחר מכן התברר לי שהוא גם אחי עם בתיכון עמל א' ברמלה שנחשב בזמנו לאחד מבתי הספר הטובים באזור ולא היה פשוט להתקבל אליו.

לאחר שחזרתי בתשובה עברתי לגור ביבנאל לפני כחמש שנים ויניב הצטרף אלינו לקהילה וגר ביחידת דיור של הבית שבו אני מתגוררת, והסתבר שהוא חבר ילדות של בעלי,

בתחילה לא אהבתי את הרעיון שיגור לידי חבר מעברו של בעלי אך לאחר זמן קצר הבנתי איזה בן אדם מקסים יניב, היה עוזר לכל מי שרק היה צריך הן ילדים והן משפחות עניות,

היה תמיד שואל אותי מה אני צריכה ובמה הוא יכול לעזור

הוא היה מתארח אצלנו בכל שבת ותמיד היה מבשל את רוב האוכל וטורח ביחד איתי

לא פעם גישר ביני ובין בעלי שנקלענו לריב והיה משלים בינינו, הבנות שלי נקשרו אליו מאוד והוא היה מציף אותן במתנות והילד שלי היה תינוק ותמיד שיחק איתו ואפילו שימש לי לא פעם כשמרטף.

אפילו שהיה בכלא בארץ הוא לא שכח את היום הולדת  של הבת שלי ושלח לנו כסף שנקנה לה מתנה עגלה כמו שהיא רצתה עד היום היא יודעת שדוד יניב קנה לה את העגלה,

בזמן שהותו כאן הוא רק התחזק בעבודת ה' שמר שבת והחלום שלו היה להיות חלק מהקהילה להתחתן ולהביא ילדים,

כל בן אדם זקוק להזדמנות שנייה בחיים אז בבקשה מכם תתנו אותה ליניב כי הוא בן אדם מקסים וטוב לה ויש בו המון מעלות מיוחדות וטובות.

כל מי שמכיר אותו מתפלל עבורו שיחזור לארץ למשפחתו ולקהילה בדיוק כמו שאנחנו מתפללים עבור גלעד שליט שיחזור גם הוא לארץ אל משפחתו בע"ה יתברך.

מצפה לראותו בקרוב ממש ונעזור לו במה שרק ירצה.

ברכה

הדר אוחיון

טל'- 052-6579374

18/12/09

<div dir="rtl">

**לכבוד השופט שלום וברכה!**

אני דינה בן יאיר רוצה לספר על יניב שהוא בחור מקסים אני מכירה אותו מאז שהיה ילד קטן,
ובתיכון הוא למד עם הבן שלי ואני זוכרת אותו שהוא תמיד אהב לעזור לזולת

ולאחר מס' שנים הוא עבר לגור ביבנאל מתחת לבית שבו הבת שלי גרה, והיא תמיד סיפרה לי כמה
שהוא עוזר לאנשים בקהילה וגם לבת שלי, וכולי צער גדול שבחור כזה נמצא רחוק מהבית שלו
מהמשפחה שלו מהאנשים שהוא אוהב  ומהאנשים שאוהבים אותו,

אני מאמינה שאת הלקח שלו הוא למד וכל מה שהוא רוצה זה לחזור להיות כמו שהוא היה לתרום
למדינה שלו ולתרום לסביבה שלו, כי זה מה שהוא אהב וזה היה הטבע שלו,

מקווה שמכתב זה יועיל ליניב ובקרוב מאוד נראה אותו, אני תמיד מתפללת עבורו ומאמינה
שהתפילות שלי ייתגשמו לגביו.

בכבוד רב
דינה בן יאיר
טל'-054-5811942

</div>

בס"ד

20/12/09

## לכבוד השופט שלום וברכה!

אני שמואל ג'פרי הכרתי את יניב חזיזה שהגיע לקהילה שלנו וכל מה שהיה כאן זה חסדים עם
אנשי הקהילה לא עבר יום אחד מבלי שקנה מצרכים או בישל או עזר בדרך כלשהי לאנשים בקהילה,
ובזמן הקצר שהכרתי אותו היינו יושבים אצלו לומדים תורה וכל מהותו היה להתחזק בעבודת ה'
ולהתחתן והיות חלק מהקהילה, קשה כאן בלעדיו והוא חסר מאוד בייחוד לילדים שהיה קונה להם
ממתקים, האמת שבן אדם כמו יניב יש אחד למיליון ואני לא מגזים כל מה שאני אכתוב לא מספיק כי
אין סוף לדברים הטובים שאפשר לכתוב על בן אדם אחד, לכן חבל שבן אדם עם פוטנציאל כמו שלו
נמצא בכלא.
מקווה מאוד שמכתב קצר זה יניב פירות כשם שלו.

בכבוד רב
שמואל ג'פרי
טל'- 050-9388893

בס"ד

20/12/09

## <u>לכבוד השופט שלום וברכה!</u>

אני איתי אלבגלי הכרתי את יניב חזיזה שבא לגור כאן בקהילה והתחיל להתחזק
בעבודת ה' ולחזור בתשובה
למדנו יחד תורה בכולל וחיזקנו אחד את השני.
באותה תקופה עברתי קשיים רציניים בשלום בית ועברתי לגור עם יניב ביחידת דיור הוא אירח אותי
אצלו חודשיים ללא תשלום, והרבה בזכותו השלמנו אני ואשתי וזאת לא אוכל לשכוח לו את החסד
שעשה איתי ובכלל את כל החסדים שעשה עם אנשי הקהילה,
אני ועוד הרבה אנשים מהקהילה נשמח שהוא יחזור לכאן וימשיך להיות איתנו והתחתן ויקים בית
בישראל, וימשיך בדרך של תורה ומצוות.


בברכה
איתי אלבגלי
טל'- 050-5721341

בס"ד

22/12/09

<u>לכבוד השופט שלום וברכה!</u>

אני ידין שורק חבר של יניב חזיזה מאז שאנחנו ילדים ואני מכיר את כל משפחתו שכולם אנשים
טובים בעלי חסד כולל יניב שהיה תמיד עוזר לנו ולכל החברים וכולם אהבו אותו מאוד לפני כשלוש
וחצי ארבע שנים חזר בתשובה ובא לגור כאן בקהילה ובכל יום היה מחפש רק לעשות חסדים עם
אנשים וזה היה אהבתו הגדולה לתת מעצמו למען הזולת לכן אנו מבקשים מכבוד השופט להחזיר אותו
לארצנו בקרוב מאוד ואנחנו נדאג לו להתחתן ולהקים בית כשר ביבנאל.

בברכה חברו הטוב
ידין שורק

Rabbi Moshe Levin



B"H

*C h a b a d o f D o w n t o w n E a s t*

1500 S. Griffith Avenue • Los Angeles California 90021
Phone 213.745.7240 • E-Mail Mosheylevin@gmail.com



December 24, 2009

To the Honorable Judge Real,

I have been the Jewish Chaplain in MDC Los Angeles and FCI Terminal Island for three years, and have had the opportunity of meeting many inmates.

I get many requests from inmates to write letters on their behalf, and I do not usually feel comfortable doing so, (I have only done so once) because how am I to know who I am writing for?

During the many days, weeks, and months that Yaniv Haziza has been in MDC, I have come to deeply respect him and come to the conclusion that Yaniv Haziza is, in my opinion, unquestionably a man of integrity and faith. He is an example of kindness and strength, and is a leader to his fellow inmates. He is quiet, but his good heart invites others into his company. Everyone looks up to him, and he has inspired many others with his religious devotion. Yes, he made some mistakes, I believe he regrets them, and deserves a second chance.

May the Al-Mighty, bless you and your family with good health and prosperity.

With gratitude and blessings, I remain,

Sincerely,

Rabbi Moshe Levin